THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT W. S. PROCTOR, Appellant, *v.* THE KINGS COUNTY REPUBLICAN GENERAL COMMITTEE et al., Respondents.

*People ex rel. Proctor* v. *Kings Co. Republican Committee,* 63 App. Div. 438, affirmed.

(Argued September 30, 1901; decided October 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1901, which affirmed an order of Special Term dismissing a proceeding brought to review the action of the Kings County Republican General Committee in enrolling the name of George S. Elliott as a member of said committee.

*Charles Bradshaw* for appellant.

*Henry Escher, Jr.,* and *George F. Elliott* for respondents.

Order affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Dissenting: PARKER, Ch. J.

---

In the Matter of the Application of OSCAR G. BORKSTROM, Respondent, to Compel JACOB LEVY, an Attorney at Law, Appellant, to Pay over Certain Moneys.

*Matter of Borkstrom,* 63 App. Div. 7, affirmed.

(Argued September 30, 1901; decided October 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1901, which affirmed an order of Special Term directing the appellant herein to pay over certain moneys to the applicant.

*W. R. Spooner* and *Jacob Levy* in person for appellant.

*Jesse Grant Roe* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.